UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

- against -

THOMAS BROWN and ROSEAN COBLE,

Defendants.

1:26-cr-00123 (JGK)

Order

**John G. Koeltl, District Judge:**

In preparing the judgment, the Court realized that the term of four years supervised release should be imposed on Count 2, with 3 years of supervised release on Count 1, with both terms to run concurrently, not 4 years on both counts to run concurrently, as announced at sentencing.

The Court will make that change in the Judgment pursuant to Fed. R. Cr. P. 35(a). The parties should provide any objection or other comment by **August 7, 2026**.

**SO ORDERED.**

**Dated:** New York, New York
August 5, 2026

John G. Koeltl
United States District Judge