**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**- against -**

**ROSEAN COBLE,**

**Defendant.**

**26-cr-123-1 (JGK)**

**Amended Order**

---

**John G. Koeltl, District Judge:**

In preparing the judgment, the Court realized that the term of four years supervised release should be imposed on Count 2, with 3 years of supervised release on Count 1, with both terms to run concurrently, not 4 years on both counts to run concurrently, as announced at sentencing.

The Court will make that change in the Judgment pursuant to Fed. R. Cr. P. 35(a). The parties should provide any objection or other comment by **August 7, 2026**.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 5, 2026**

**John G. Koeltl**
**United States District Judge**