**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

**- against -**

**ROSEAN COBLE,**

**Defendant.**

**26-cr-123-1 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The Court received the attached petition for a reduction of jail time from the defendant, which it now forwards to the Government. The time for the Government to respond to the petition is **December 17, 2026.** The time for the defendant to reply is **January 7, 2027.**

The Clerk of Court is respectfully requested to mail a copy of this Order to the defendant, and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**November 19, 2026**

**John G. Koeltl**
**United States District Judge**

RECEIVED
NOV 17 2026
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2026 NOV 13 PM 12: 36

UNITED STATES OF AMERICA,
PLAINTIFF,

DOCKET #: 2026-CR-000123(JGK)

V.

ROSEAN COBLE,
DEFENDANT

HON. JOHN G. KOELTL

DEFENDANT'S PETITION FOR COURT TO ORDER JAIL TIME CREDIT

NOW COMES, DEFENDANT, ROSEAN COBLE, ON THIS 6TH DAY OF NOVEMBER, 2026, APPEARING IN SAID MATTER PRO SE, BY AND THROUGH THIS PETITION FOR COURT TO ORDER JAIL TIME CREDIT UPON THE FEDERAL BOP, HEREBY HUMBLY + RESPECTFULLY REQUESTING THIS HONORABLE COURT GRANT THE REQUESTED RELIEF(S) OF AN ORDER UPON THE BUREAU OF PRISONS (HEREIN "BOP"), ORDERING THE REQUESTED FULLY + WHOLLY RELEVANT PRE-TRIAL JAIL TIME CREDIT PURSUANT TO THE FOLLOWING:

- BRIEF CASE HISTORY + SUMMARY OF FACTS:

1) ON OR ABOUT APRIL 24TH, 2023, DEFENDANT COBLE WAS CHARGED + DETAINED BY NYPD AUTHORITIES PURSUANT TO

THE CONDUCT COMMENSERATE TO THIS INSTANT OFFENSE OF HOBBS ACT ROBBERY WITH A DEADLY WEAPON AND DETAINED UPON SAID DATE IN NYPD + NYC DOC CUSTODY AT RIKKER'S ISLAND IN NYC;

2) ON OR ABOUT DECEMBER 22ND, 2023, DEFENDANT COBLE WAS RELEASED FROM OFFICIAL NYC DOC + NYPD CUSTODY, AS SAID CHARGES WERE BEING HANDED OFF TO FEDERAL AUTHORITIES AND SUBSEQUENTLY BEING OFFICIALLY DROPPED BY NEW YORK STATE / NYPD AUTHORITIES, FURTHER ALLOWING THE ABILITY OF FEDERAL AUTHORITIES TO LODGE + PURSUE SAID CHARGES ON A FEDERAL LEVEL;

3) FURTHERMORE, ON OR ABOUT APRIL 16TH, 2024, FEDERAL AUTHORITIES OFFICIALLY TOOK CUSTODY OF DEFENDANT COBLE AND DETAINED HIM CONTINUOUSLY UNTIL THE DATE OF THIS MOTION/PETITION, PURSUANT TO THE IDENTICAL + RELEVANT CONDUCT ORIGINALLY CHARGED BY NYPD / NEW YORK STATE AUTHORITIES - NAMELY THE HOBBS ACT ROBBERY PURSUANT TO SAID INSTANT OFFENSE;

4) THIS HONORABLE COURT GRACIOUSLY SENTENCED DEFENDANT COBLE TO A TERM OF SIXTY-SIX MONTHS (66 MONTHS) ON OR ABOUT AUGUST 3RD, 2026 - A TERM THAT, BY VIRTUE OF FEDERAL LAW + STATUTE, SHALL INCLUDE ANY + ALL OFFICIAL DETENTION PURSUANT AND RELEVANT TO SAID INSTANT OFFENSE, EVEN IF DETENTION WAS SUBJECT TO STATE AUTHORITIES ORIGINALLY + WAS

HANDED OFF AND/OR PICKED UP BY FEDERAL AUTHORITIES OR VISE-VERSA, AS LONG AS SAID TIME WAS NOT APPLIED TO ANOTHER SOVEREIGN AND/OR CASE AND SUBSEQUENTLY OFFICIALLY DISALLOWED BY THE FEDERAL DISTRICT SENTENCING COURT;

5) DEFENDANT COBLE HAD NO OTHER CASES AND/OR ISSUE WITH ANOTHER SOVEREIGNTY AND ALL TIME FROM APRIL 24TH, 2024 UNTIL DECEMBER 22ND, 2024 WAS SOLELY RELEVANT, RELATED, AND APPLICABLE TO THIS INSTANT OFFENSE AT HAND, ALTHOUGH IT WAS SERVED INITIALLY AT RIKKER'S ISLAND AND UNDER NYPD/NYC DOC CUSTODY;

6) THIS TIME ABSOLUTELY QUALIFIES + IS APPLICABLE TO THE SIXTY-SIX (66) MONTH FEDERAL SENTENCE + IS NOT AND WAS NOT OFFICIALLY OR UNOFFICIALLY APPLIED TO ANY OTHER CASE(S) AND/OR SOVEREIGN ISSUES;

7) AS OF THE DATE OF THIS PETITION, SAID OFFICIAL TIME OF DETENTION IS NOT BEING RECOGNIZED AND/OR APPLIED BY BOP OFFICIALS AS PRE-TRIAL JAIL TIME CREDIT, AS WAS ORIGINALLY ASSUMED BY DEFENDANT;

8) A REVIEW OF THE SENTENCING TRANSCRIPTS REVEALS BOTH AN IGNORANCE OF SAID TIME BY ALL PARTIES AT SAID HEARING AND A SUBSEQUENT SILENCE ON BEHALF OF THE HONORABLE COURT, SEEMINGLY ASSUMING THAT ALL PARTIES ASSUMED SAID TIME WOULD BE OFFICIALLY RECOGNIZED + APPLIED BY BOP AUTHORITIES, NEGATING THE NEED TO ADDRESS THE MATTER;

9) HOWEVER, AT THIS JUNCTURE, THE BOP HAS ALREADY "OFFICIALLY" TENDERED + CALCULATED DEFENDANT'S SENTENCE COMPUTATION AND SAID COMPUTATION IS ABSENT OF SAID TIME IN NYC CUSTODY AND IT IS ALMOST CERTAIN THAT IT WILL NOT APPLY SAID TIME WITHOUT ORDER FROM THE HONORABLE COURT AND/OR DOCUMENTATION FROM NYC DOC AUTHORITIES;

10) SINCE THE APPLICATION OF PRE-SENTENCE/PRE-TRIAL TIME IS MORE OFFICIAL AND/OR RECOGNIZED BY BOP AUTHORITIES COMING FROM THE SENTENCING COURT, DEFENDANT IS SUBSEQUENTLY FILING THIS INSTANT PETITION;

11) DEFENDANT ALSO ASSERTS THAT NO OFFICIAL DETENTION CAN BE "DEAD", OR UNAPPLIED TIME PURSUANT TO FEDERAL + STATE CIVIL LIBERTIES, RIGHTS, AND STATUTE, SO THIS TIME MUST BE APPLIED TOWARDS SAID INSTANT SENTENCE;

-REQUEST FOR RELIEF(S):

1) DEFENDANT ROBLE RESPECTFULLY REQUESTS THIS HONORABLE COURT REVIEW THE ATTACHED SENTENCE COMPUTATION (SEE EXHIBIT #1) AND RECOGNIZE THAT THE JAIL TIME CREDIT AT ISSUE WAS NOT APPLIED BY BOP AUTHORITIES PURSUANT TO DEFENDANT'S ABSOLUTE ELIGIBILITY FOR SAID APPROXIMATE EIGHT MONTHS;

2) REVIEW THE RECORD + OFFICIAL RECORDS OF BOTH FEDERAL + NYPD/NYC DOC (RIKKERS ISLAND) DETAILING DEFENDANT'S DETENTION HISTORY PURSUANT TO ALL OFFICIAL DETENTION INVOLVING AND/OR RELATIVE TO THIS INSTANT OFFENSE, RECOGNIZING DEFENDANT'S DEPRIVATION OF THIS APPROXIMATE EIGHT (8) MONTHS OF OFFICIAL DETENTION;

3) ISSUE AN ORDER OF COURT UPON THE BOP AND/OR FEDERAL OFFICIALS, ORDERING THAT SAID JAIL TIME CREDIT AT 'HAND' MUST BE APPLIED TOWARDS THIS INSTANT OFFENSE, AS IT WAS NOT APPLIED OFFICIALLY OR UNOFFICIALLY TOWARDS ANY OTHER CHARGE AND/OR OUTSTANDING LEGAL MATTER;

4) ANY AND ALL OTHER RELIEF(S) IN WHICH THIS HONORABLE COURT DEEMS JUST AND/OR FIT FOR THIS MATTER AND/OR THE DEFENDANT, MR. COBLE;

WHEREAS, DEFENDANT ROSEAN COBLE, HEREBY HUMBLY AND RESPECTFULLY REQUESTS AND PRAYS THAT THIS HONORABLE COURT COMPLETELY ANALYZE AND REVIEW THE RECORD AND EVIDENCE ATTACHED, IN CONJUNCTION WITH ANY + ALL OFFICIAL RECORDS/DOCUMENTATION RELATED TO ALL AUTHORITIES OFFICIALLY DETAINING DEFENDANT PURSUANT TO THIS INSTANT DOCKETED MATTER AND RECOGNIZE THAT DEFENDANT ROBLE IS BEING DEPRIVED OF OFFICIAL JAIL CREDIT/PRE-TRIAL DETENTION TIME THAT SHOULD HAVE + SHOULD BE APPLIED TOWARDS THIS COURT'S IMPOSED SENTENCE, THEREBY OFFICIALLY

ORDERING UPON THE BOP + FEDERAL AUTHORITIES THAT SAID APPROXIMATE EIGHT (8) MONTS OF DETENTION SERVED AT RIKKERS ISLAND UNDER THE EXPRESS CUSTODY OF NYPD + NYC DOC OFFICIALS ABSOLUTELY BE IMMEDIATELY APPLIED TOWARDS HIS IMPOSED SENTENCE AS PRE-TRIAL JAIL TIME CREDIT(S).

SUBMITTED THIS 6 TH DAY OF NOVEMBER, 2026.

RESPECTFULLY,

R. Coble

ROSEAN COBLE
DEFENDANT / PRO SE
REG # 09912-511
MDC - BROOKLYN
P.O. BOX 329002
BROOKLYN, NY 11232

## UNSWORN AFFIDAVIT

I, DEFENDANT, ROSEAN COBLE, ON THIS 6TH DAY OF NOVEMBER, 2026, HEREBY CERTIFY AND AFFY THAT ALL STATEMENTS, DATES, PROVISIONS, AND/OR COVENANTS OF THE AFOREMENTIONED PETITION ARE TRUE + CORRECT TO THE BEST OF MY KNOWLEDGE AS OF THE DATE ABOVE PURSUANT TO THE STATUTORIAL PROVISIONS OF BOTH STATE + FEDERAL PERJURY LAWS.

R. Coble

MR. ROSEAN COBLE
DEFENDANT / PRO SE

## CERTIFICATE OF SERVICE

I, DEFENDANT ROSEAN COBLE HEREBY CERTIFY THAT ON THIS __TH DAY OF NOVEMBER, 2026 THAT I PERSONALLY TENDERED A TRUE + CORRECT COPY OF THE ATTACHED PETITION INTO THE PRISON MAIL SYSTEM AT MDC-BROOKLYN. PURSUANT TO THE PRISON MAILBOX RULE, I HUMBLY REQUEST THAT THE HONORABLE CLERK FILE SAID COPY OF THIS PETITION AS IF IT WERE ELECTRONICALLY FILED ON THE ABOVE DATE. DUE TO THE CARCERAL CONDITIONS THAT EXIST AT MDC-BROOKLYN FOR DEFENDANT + HIS LIMITED ACCESS TO POSTAGE, THE MAILROOM, AND COPIES. HE HUMBLY REQUESTS THE CLERK COPY ALL PARTIES RELEVANT + RELATED TO SAID ACTION.

R. Coble

MR. ROSEAN COBLE

# EXHIBIT #1

- DEFENDANT ROSEAN COBLE'S BOP SENTENCE COMPUTATION DATED 9/01/2026

- PG #2 REFERS TO JAIL TIME CREDIT(S) IN WHICH IT ONLY IDENTIFIES THE PERIOD(S) BETWEEN 4-16-2024 AND AUGUST 2, 2026 (8-02-2026) AS THE ONLY JAIL TIME CREDIT

```
 BROQE  540.23 *           SENTENCE MONITORING              *       09-01-2026
PAGE 001 OF 002 *            COMPUTATION DATA               *       06:42:14
                             AS OF 09-01-2026

REGNO..: 09912-511   NAME: COBLE, ROSEAN


FBI NO...........: 383690KC4              DATE OF BIRTH: 08-21-1987  AGE:  39
ARS1.............: BRO/A-DES
UNIT.............: 1 CAD LOW              QUARTERS.....: D06-004L
DETAINERS........: NO                     NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 06-23-2028

THE INMATE IS PROJECTED FOR RELEASE: 12-23-2028 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:26CR00123-001 (JKG
JUDGE...........................: KOELTL
DATE SENTENCED/PROBATION IMPOSED: 08-03-2026
DATE COMMITTED..................: 08-24-2026
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $200.00        $00.00          $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  540     18:1951 RACKETEER, VIOLENCE

OFF/CHG: 18:1951:HOBBS ACT ROBBERY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     6 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/S TO 020 OBLG
 DATE OF OFFENSE................: 04-23-2023

-------------------------CURRENT OBLIGATION NO: 020 ---------------------------
OFFENSE CODE....:  130     18:924(C) FIREARMS LAWS          FSA INELIGIBLE

OFF/CHG: 18:924(C)(1)(A)(I): USING,CARRYING AND POSSESSING A FIREARM
         DURING AND IN RELATION TO A CRIME OF A VIOLENCE.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     4 YEARS
```

```
  BROQE  540.23 *          SENTENCE MONITORING             *      09-01-2026
PAGE 002 OF 002 *           COMPUTATION DATA               *      06:42:14
                            AS OF 09-01-2026

REGNO..: 09912-511   NAME: COBLE, ROSEAN

 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/S TO 020 OBLG
 DATE OF OFFENSE................: 04-24-2023

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-31-2026 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-31-2026 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 08-03-2026
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    66 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS      6 MONTHS
AGGREGATED TERM OF SUPERVISION..:     4 YEARS
EARLIEST DATE OF OFFENSE........: 04-23-2023

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    04-16-2024    08-02-2026

TOTAL PRIOR CREDIT TIME.........: 839
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 297
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 12-23-2028
ELDERLY OFFENDER TWO THIRDS DATE: 12-17-2027
EXPIRATION FULL TERM DATE.......: 10-16-2029
TIME SERVED.....................:     2 YEARS      4 MONTHS     17 DAYS
PERCENTAGE OF FULL TERM SERVED..:  43.2
PERCENT OF STATUTORY TERM SERVED:  50.7

PROJECTED SATISFACTION DATE.....: 12-23-2028
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
G0000    TRANSACTION SUCCESSFULLY COMPLETED
                               Page: 002/002
```